Stacey M. BROWN, Plaintiff—
Appellant,

v.

Michael J. ASTRUE, Commissioner of
Social Security, Defendant—
Appellee.

No. 08–17357.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 11, 2009.*

Filed Dec. 15, 2009.

Bess Murchison Brewer, Bess M. Brewer & Associates, Sacramento, CA, for Plaintiff-Appellant.

Mark A. Win, Assistant Regional Counsel, Social Security Administration Office of the General Counsel, San Francisco, CA, for Defendant-Appellee.

Before: O'SCANNLAIN, RAWLINSON and BEA, Circuit Judges.

MEMORANDUM **

Appellant Stacey Brown appeals the district court's entry of summary judgment in favor of the Commissioner.

Substantial evidence supports the ALJ's adverse credibility finding because he properly relied upon medical records of Brown's examining physician, Dr. Chee,

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

that contradicted Brown's testimony regarding the severity of her symptoms. *See Carmickle v. Comm'r, Soc. Sec. Admin.*, 533 F.3d 1155, 1161 (9th Cir.2008) (concluding that the ALJ's adverse credibility determination was proper when it relied on the examining physician's contradictory opinion). Because this is a valid basis supporting the ALJ's decision, any error the ALJ made in improperly considering other evidence was harmless. *See Bray v. Comm'r of Soc. Sec. Admin.*, 554 F.3d 1219, 1227 (9th Cir.2009).

The ALJ's assessment of Brown's RFC was proper because once an adverse credibility determination is made, an ALJ is not required to credit that testimony in assessing a claimant's RFC. *See Bayliss v. Barnhart*, 427 F.3d 1211, 1215, 1217 (9th Cir. 2005).

**AFFIRMED.**